UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

   -against-                                (S4) 19-CR-233(LAK)

MUSTAFA ABDEL-WADOOD,
            Defendant.
------------------------------x

ORDER

LEWIS A. KAPLAN, *District Judge.*

      Defendant Mustafa Abdel-Wadood shall be detained on consent without prejudice to making a future bail application.

      SO ORDERED.

Dated:      April 11, 2019

                                                  Lewis A. Kaplan
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/19