# BRACEWELL

April 25, 2019

**VIA ECF**

Honorable Lewis A. Kaplan
United Stated District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Mustafa Abdel-Wadood 19 Cr. 00233 (LAK)</u>

Dear Judge Kaplan:

At our conference on Tuesday, we discussed our intention to present the Court with a proposed bail package to secure Mr. Abdel-Wadood's release from the MCC. Our hope was to submit a proposal to the Court this afternoon. Discussions with the government are ongoing and should be concluded later today or in the morning. By the lunch hour tomorrow, we should have a letter to the Court detailing the proposed package and indicating whether it is, or is not, on consent. We apologize for the delay.

Respectfully submitted,

/s/Paul Shechtman

Paul Shechtman
Maggie Lynaugh

**Paul Shechtman**
Partner

T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC