# BRACEWELL

July 9, 2019

<u>VIA ECF</u>

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: <u>United States v. Abdel-Wadood, 19 Cr. 233</u>

Dear Judge Kaplan:

      When bail was first set for Mr. Abdel-Wadood, we advised the Court that he would be residing in a studio apartment in Manhattan and that we had provided the address to the government and Pretrial Services. <u>See</u> letter of 4/26/19. We also noted that the plan was for Mr. Abdel-Wadood's wife and children to join him here for the summer, at which point they would seek a larger apartment, and we would ask the Court to modify this condition accordingly. Mr. Abdel-Wadood has now located a two-bedroom apartment in Manhattan, where he intends to live with his family this summer and remain after they leave. (His hope is that they will return to New York during school vacations.) Once again the government and Pretrial Services have been provided the address, and both have no objection. There seems to be no formal action required of the Court (there is no condition to modify), but we thought it appropriate to inform the Court of the proposed change.

      Respectfully submitted,

      /s/ Paul Shechtman

      Paul Shechtman
      Maggie Lynaugh

PS/ML:wr
cc: AUSA Brendan Quigley
     Pretrial Services Officer Joshua Rothman

**Paul Shechtman**
Partner

T: +1.212.508.6107    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com    bracewell.com