# BRACEWELL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 2 1 2019
```

August 12, 2019

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   United States v. Abdel-Wadood, 19 Cr. 233

Dear Judge Kaplan:

I write to seek a modification of Mustafa Abdel-Wadood's bail conditions. The government (AUSA Andrew Thomas) consents to this proposed modification.

When Mr. Abdel-Wadood's family arrived in New York City for the summer, his wife and son surrendered their passports with the intention that Pre-Trial Services would maintain possession of them until the family needed to return to Dubai for the beginning of the school year. Mr. Abdel-Wadood's wife and son are now scheduled to return to Dubai the evening of August 24, 2019. Additionally, Mr. Abdel-Wadood's son is scheduled to take the SAT college admissions exam on that same date; he will need to show his passport for identification. Accordingly, we respectfully request that Mr. Abdel-Wadood's family's passports be returned on August 22, 2019 to enable his son to take the SAT exam and to facilitate Mr. Abdel-Wadood's family's return travel to Dubai.

Mr. Abdel-Wadood is currently permitted to travel in Manhattan between 7 a.m. and midnight. There are also four co-signors on a $10 million bond secured by two properties. Mr. Abdel-Wadood would continue to be electronically monitored and his bond conditions would remain in place.

**Paul Shechtman**
**Partner**

T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com   bracewell.com

# BRACEWELL

August 12, 2019
Page 2

As noted, the government consents to this proposed modification; Pretrial Services has no objection and reports that Mr. Abdel-Wadood has been fully compliant with his bail conditions.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

cc: AUSA Andrew Thomas
Pretrial Services Officer Joshua Rothman

MEMO ENDORSED

Granted

SO ORDERED

LEWIS A. KAPLAN 8/19/19



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 15, 2019

**BY EMAIL**
The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED
AUG 15 2019
JUDGE KAPLAN'S CHAMBERS

Re: *United States v. Mustafa Abdel Wadood*, 19 Cr. 233 (LAK)

Dear Judge Kaplan:

The Government respectfully writes to inform the Court that it has no objection to the proposed bail modification set forth in the letter from Mustafa Abdel-Wadood's counsel dated August 12, 2019 in the above-captioned case.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

By:          /s/
              Andrea Griswold
              Andrew Thomas
              Max Nicholas
              Assistant United States Attorneys
              (212) 637-1205/2106/1565

cc: Paul Shechtman, Esq. (via email)
    Pre-Trial Services Officer Joshua Rothman (via email)