USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 1 2019



July 2019

Judge Gabriel Gorenstein
Magistrate Judge
US District Court
Southern District of New York - Manhattan
New York, NY
USA

Matter of Abraaj and plea bargain of Mustafa Abdel-Wadood
US vs. Naqvi 19-cr-00233

The media reports that Mr Abdel-Wadood has entered a plea bargain. However, please also consider, if possible the fund raisings done by Abraaj in the USA (on-shore and along with fund placement agents) for earlier funds as well. You should speak with other partners including Omar Lodhi and Purshotam Ramchandani. Mis-representations were made earlier as well to investors and funds raised – the knowledge and conduct was institutional.

Thank you.

Cc:
1. Office of Governor, DIFC – Dubai
2. Chairman, SEC – Washington, USA

AIR-MAIL

JUDGE GABRIEL GORENSTEIN (Mbroag Case)
MAGISTRATE JUDGE
US DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
NEW YORK, NY
USA