# BRACEWELL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-18-19
```

October 25, 2019

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    United States v. Abdel-Wadood, 19 Cr. 233

Dear Judge Kaplan:

      I write to seek a modification of Mustafa Abdel-Wadood's bail conditions. Mr. Abdel-Wadood is currently subject to electronic monitoring by GPS and is permitted to travel in Manhattan between 7 a.m. and midnight. There are also four co-signors on a $10 million bond secured by two properties. We respectfully request that Mr. Abdel-Wadood's travel restrictions be extended to include the Southern and Eastern Districts of New York and that his midnight curfew be removed. Permitting Mr. Abdel-Wadood to travel throughout the Southern and Eastern Districts would allow him greater freedom, especially when his family visits over the upcoming holidays. Mr. Abdel-Wadood would continue to be electronically monitored and his bond conditions, including the surrender of his passports, would otherwise remain in place.

      The government (AUSA Andrew Thomas) consents to this proposed modification; Pretrial Services has no objection and reports that Mr. Abdel-Wadood has been fully compliant with his bail conditions.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

cc:    AUSA Andrew Thomas
        Pretrial Services Officer Joshua Rothman

*Granted on consent*

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/18/19

Paul Shechtman
Partner

T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com   bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 4, 2019

**BY EMAIL**

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
NOV - 4 2019
JUDGE KAPLAN'S CHAMBERS

Re: *United States v. Mustafa Abdel Wadood*, 19 Cr. 233 (LAK)

Dear Judge Kaplan:

The Government respectfully writes in response to Mustafa Abdel-Wadood's request for a modification of his conditions of release, namely to lift the midnight curfew and to permit travel within the Southern and Eastern Districts of New York. (*See* ECF Doc. 53). The Government consents to the proposed modification.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

By:       /s/
      Andrea Griswold
      Andrew Thomas
      Max Nicholas
      Assistant United States Attorneys
      (212) 637-1205/2106/1565

cc: Paul Shechtman, Esq. (via email)
    Pre-Trial Services Officer Joshua Rothman (via email)