

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 26, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 8 2020

**BY EMAIL & ECF**

The Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States* v. *Mustafa Abdel Wadood*, S6 19 Cr. 233 (LAK)

Dear Judge Kaplan:

The Government respectfully writes to request an adjournment of the December 27, 2019 control date for sentencing of defendant Mustafa Abdel-Wadood. On June 28, 2019, the defendant pleaded guilty to counts 1, 2, 3, 5, 6, 7 and 9 of the S6 Superseding Indictment, pursuant to a cooperation agreement with the Government, and a control date was set for December 27, 2019. Arif Naqvi, the lead defendant in this matter, is currently contesting his extradition from the United Kingdom, and an extradition hearing is scheduled in London for June 22-25, 2020, and again on July 1, 2020. Accordingly, the Government respectfully requests that a new control date be set for Mr. Abdel-Wadood, on after August 1, 2020. Counsel for Mr. Abdel-Wadood consents to this request.

MEMO ENDORSEMENT

The sentencing control date is adjourned until Monday, 9/7/2020 at 3:00 PM.

So Ordered: /s/ Lewis A. Kaplan
Hon. Lewis A. Kaplan, U.S.D.J.

Dated:   January 7, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s/_____
Andrea M. Griswold
Andrew Thomas
Max Nicholas
Assistant United States Attorneys
(212) 637-1205/2106/1565

cc: Paul Shechtman, Esq. (via email)