UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :  19 CR 233 - 2
     -against-                      :
                                    :  ORDER
Mustafa Abdel-Wadood                :
                                    :
           Defendant                :
                                    :
------------------------------------X

Lewis A. Kaplan, United States District Judge:

ORDERED that the defendant's bail be modified to remove the condition of GPS monitoring.

Dated: New York, New York
       March 27, 2020

                                    SO ORDERED

                                    _____
                                    Lewis A. Kaplan
                                    United States District Judge