# BRACEWELL

August 27, 2020

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

MEMO ENDORSED

Re:   United States v. Abdel-Wadood, 19 Cr. 233

Dear Judge Kaplan:

I write, with the consent of the government and Pretrial Services, to seek a modification of Mustafa Abdel-Wadood's bail conditions. Mr. Abdel-Wadood's travel presently is limited to the Southern and Eastern Districts of New York. In approximately one week, however, Mr. Abdel-Wadood's son will be moving from Dubai to the United States to begin college in Washington, D.C. Mr. Abdel-Wadood would greatly appreciate having the freedom to travel to Washington, D.C. to help is son move into his living quarters and then to visit him on occasion (Mr. Abdel-Wadood has been separated from his family for much of the past year). Mr. Abdel-Wadood would provide Pretrial Services with his itinerary for travel to Washington to see his son in advance of any trips and would remain in full compliance with any applicable COVID-19 regulations. All other bail conditions, including the surrender of Mr. Abdel-Wadood's passport and the $10 million bond secured by two properties, would remain in place.

As noted, the government (AUSA Andrew Thomas) consents to this proposed modification; Pretrial Services has no objection. Pretrial Services reports that Mr. Abdel-Wadood has been fully compliant with his bail conditions.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

cc:   AUSA Andrew Thomas
      Pretrial Services Officer Dayshawn Bostic

Granted

[signature]
8/28/2020

Paul Shechtman
Partner

T: +1.212.508.6107     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com     bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC