# BRACEWELL

MEMO ENDORSED

June 21, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

VIA ECF

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   <u>United States v. Abdel-Wadood, 19 Cr. 233</u>

Dear Judge Kaplan:

I write to request a modification of Mustafa Abdel-Wadood's bail conditions, to which the government has consented.

At present, Mr. Abdel-Wadood is at liberty on a $10 million bond, signed by four co-signors and secured by two properties, each with equity of more than $5 million. One of those properties, which is owned by one of the co-signors, is an apartment at 151 East 58th Street, Apt. 48B, New York, New York. The co-signor would like to sell the apartment, and a buyer has been identified. The sale, however, cannot be consummated unless the confession of judgment filed against the apartment is satisfied. The proposed modification is to remove the apartment from the collateral securing the bond, leaving the four co-signors in place, along with one property, a home on Long Island, worth $7.5 million net of mortgages.

As the Court knows, Mr. Abdel-Wadood has been released on bail since late May 2019. In that more than two-year period, he has been fully compliant with the conditions of his

**Paul Shechtman**
Partner

T: +1.212.508.6107     F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
paul.shechtman@bracewell.com     bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

June 21, 2021
Page 2

release. His Pre-Trial Services Officer, DayShawn Bostic, considers him a model releasee. His geographic limits have been extended from the building where he initially resided to the Southern and Eastern Districts of New York with travel to Washington, D.C., where his son is in college. The ankle bracelet that he was originally required to wear has long been removed. He is here (and intends to stay here) until the lead defendant in his case is extradited from England to the Southern District for trial. That has proven to be a protracted process.

As noted, the government agrees that a confession of judgment on the 58th Street apartment is no longer necessary to ensure Mr. Abdel-Wadood's presence. The proposed modification reflects that fact.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

PS:wr
cc:   AUSA Andrew Thomas
      P.O. DayShawn Bostic

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

6/21/21