# BRACEWELL

November 15, 2021

**VIA ECF**

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-16-21
```

Re:   United States v. Abdel-Wadood, 19 Cr. 233

Dear Judge Kaplan:

I write to request a modification of the bail restrictions for Mustafa Abdel-Wadood, to which the government consents. At present, Mr. Abdel-Wadood's residence is in Manhattan and his travel is limited to the Southern and Eastern Districts of New York and to Washington, D.C., where his son is in college. Mr. Abdel-Wadood pled guilty in June 2019 and is cooperating with the government in the prosecution of Arif Naqvi, the lead defendant in this case. For almost that long, Mr. Naqvi has been fighting extradition from England, a matter yet to be resolved. See Law360, "Suicide Test Ruling Delays Abraaj Founder's Extradition Case," Nov. 10, 2021. In the past 2½ years, Mr. Abdel-Wadood has complied fully with the conditions of his release. Under the circumstances, our request is that Mr. Abdel-Wadood be permitted to travel throughout the continental United States with the prior approval of Pretrial Services. (He would provide Pretrial Services with an itinerary of his proposed travel.) The expanded limits would allow him to visit friends and conduct some limited business. All other bail conditions, including the surrender of Mr. Abdel-Wadood's passport and the $10 million bond secured by two properties, would remain in place.

As noted, the government (AUSA Andrew Thomas) consents to this proposed modification. Pretrial Services (Officer Stephen Boose) has no objection.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

cc:   AUSA Andrew Thomas
      P.O. Stephen Boose

Granted on consent

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/15/21

Paul Shechtman
Partner
T: +1.212.508.6107   F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020
paul.shechtman@bracewell.com   bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC