# BRACEWELL

May 23, 2022

VIA ECF

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5-24-22

Re:   United States v. Abdel-Wadood, 19 Cr. 233

Dear Judge Kaplan:

      I write, with the consent of the government (AUSA Andrew Thomas), to request permission to extend Mustafa Abdel-Wadood's overseas travel, which the Court authorized last week. Pursuant to the Court's Order, Mr. Abdel-Wadood is permitted to travel to Sicily from May 25 to May 31 to attend a wedding there. The proposed extension would authorize travel to London from June 1 to June 15 for business and to spend time with family. The same conditions would apply: airline tickets would be provided in advance to Pretrial Services along with hotel arrangements and any other necessary information. Mr. Abdel-Wadood would obtain his passports the day before traveling (May 23) and return them to Pretrial Services promptly on return.

      I thank the Court for its attention to this request and apologize for turning what should have been one request into two.

Respectfully submitted,

/s/ Paul Shechtman

Paul Shechtman

PS:wr
cc:   AUSA Andrew Thomas
       P.O. Stephen Boose

Granted on Consent.
SO ORDERED
LEWIS A. KAPLAN, USDJ
5/24/22

Paul Shechtman
Partner

T: +1.212.508.6107     F: +1.800.404.3970
31 West 52nd Street, 19th Floor, New York, New York 10019-6118
paul.shechtman@bracewell.com      bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC