# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0889
DIRECT EMAIL       shecker@kaplanhecker.com

July 29, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007-1312

  Re: *United States v. Abdel-Wadood*, 19 Cr. 233 (LAK)

Dear Judge Kaplan:

  We write, with consent of the government (AUSA Andrew Thomas) and Pretrial Services, to request permission for Mr. Abdel-Wadood to temporarily obtain his Maltese passport from Pretrial Services for the sole purpose of renewing his minor daughter's Maltese passport.

  Mr. Abdel-Wadood's family members are dual Egyptian/Maltese citizens. His minor daughter, who currently resides in the United Arab Emirates, must renew her Maltese passport at the Maltese Embassy in Abu Dhabi. To renew the passport of a minor, the Maltese Embassy requires the physical presence of one parent and the original passport of the parent who will not be present for the passport renewal appointment. Mr. Abdel-Wadood's wife will accompany their daughter to the passport renewal appointment, and they will require Mr. Abdel-Wadood's original Maltese passport, which is currently being held by Pretrial Services.

  If the Court grants this request, Mr. Abdel-Wadood's son, who is traveling from the United States to Dubai at the end of next week, will transport Mr. Abdel-Wadood's passport and provide it to his mother, who will hold the passport for the duration of the renewal process, which is expected to take several weeks. Upon completion of the process, Mr. Abdel-Wadood would return his Maltese passport to Pretrial Services.

KAPLAN HECKER & FINK LLP

2

                                              Respectfully submitted,

                                              Sean Hecker
                                              Shawn G. Crowley
                                              KAPLAN HECKER & FINK LLP
                                              350 Fifth Avenue, 63rd Floor
                                              New York, New York 10118
                                              Telephone: (212) 763-0883
                                              Facsimile: (212) 564-0883
                                              shecker@kaplanhecker.com
                                              scrowley@kaplanhecker.com

                                              *Counsel for Mr. Mustafa Abdel-Wadood*

cc:    AUSA Andrew Thomas (by ECF)
        Pretrial Services Officer Stephen Boose