# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0889
DIRECT EMAIL     shecker@kaplanhecker.com



September 14, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, New York, NY 10007-1312

       Re:     *United States v. Abdel-Wadood*, 19 Cr. 233 (LAK)-2

Dear Judge Kaplan:

      We write to advise the Court that, due to immigration issues, the government has requested that Mr. Mustafa Abdel-Wadood delay his return to the United States until September 27, 2022. Pursuant to this Court's Order dated August 30, 2022, Mr. Abdel-Wadood is authorized to remain in Europe until September 15, 2022. (ECF 95.) In light of the government's request, Mr. Abdel-Wadood requests that the Court extend his authorization to remain in Europe until September 27, 2022, when he will return to the United States.

Respectfully submitted,

Sean Hecker
Shawn G. Crowley
Mahrah M. Taufique
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
shecker@kaplanhecker.com

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/15/22